

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Nataliya Krotova Allen v. Joyce Allen Rives

Appellate case number:   01-21-00118-CV

Trial court case number: 8916

Trial court:              County Court of Grimes County

      Appellee has filed a motion to dismiss the appeal and a motion for extension or to abate the deadline for appellees' brief.

      We **grant** the extension until August 13, 2021. The motion to dismiss will be **carried with the case**.

      It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
          ☑ Acting individually    ☐ Acting for the Court

Date: ___July 20, 2021_____